FILED

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-21-0059

STATE OF MONTANA,                    )
                                     )
    Plaintiff and Appellee,          )        **ORDER**
                                     )
v.                                   )
                                     )
THOMAS RICHARD FERRIS                )
                                     )
    Defendant and Appellant.         )
_____      )

Upon consideration of the motion by Defendant and Appellant Thomas Richard Ferris for an extension of time until January 10, 2022 in which to file and serve his Response Brief to the State of Montana's Motion to Dismiss Appeal in this matter, and there being no objection from the State of Montana;

It is hereby ORDERED that Defendant and Appellant's Response Brief to the State of Montana's Motion to Dismiss Appeal shall be filed and served by January 10, 2022.  The Clerk is directed to mail true copies of this order to all parties of record.

DATED this ____ day of January 2022.

By: _____
               Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2022